O

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01631 VAP (RZx)                                Date:  October 5, 2009

Title:      TAE MYUNG OH and EUNICE HYEEUN OH -v- BANK OF AMERICA, N.A., et al.
==================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Jim Holmes, Relief                                          Phyllis Preston
      Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                    DEFENDANTS:

      None                                                                David J. Reed

PROCEEDINGS:       MINUTE ORDER GRANTING MOTION TO DISMISS

    The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendant Bank of America, N.A. ("Defendant").  On October 5, 2009, the Motion came before this Court for a hearing.  Plaintiffs' counsel did not appear at the hearing.

    Defendants filed their Motion on September 2, 2009 to be heard on October 5, 2009.  On September 18, 2009, Plaintiffs filed a Notice of Non-Opposition to the Motion, in which they stated their intent to file a First Amended Complaint.  Plaintiffs failed to file a First Amended Complaint prior to the October 5, 2009 hearing.  Accordingly, Plaintiff's claims against Defendant are dismissed without prejudice.

    **IT IS SO ORDERED.**