O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAE MYUNG OH and EUNICE HYEEUN OH, married individuals,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No. EDCV 09-01631 VAP (RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Bank of America, N.A. is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: October 5, 2009

VIRGINIA A. PHILLIPS
United States District Judge